# United States Court of Appeals
## For the First Circuit

_____

No. 08-8046


IN RE  LINDA LYNN WEAVER, DEBTOR

_____

LINDA LYNN WEAVER,

Plaintiff, Respondent,

v.

HARMON LAW OFFICES, P.C., ET AL.,

Defendants, Petitioners.

_____

**ERRATA SHEET**

The Opinion issued on September 17, 2008 is amended as follows:

Page 2, Footnote 1, Line 5, add "district court or" before bankruptcy.

Page 2, Footnote 1, Line 5, to Page 3, Footnote 1 cont'd, Line 1, sections 158(b) and (c) should read "subsection 158(c)".

Page 4, Line 7, add "district courts," before and bankruptcy.